IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FLOYD EUGENE BENDER, | CASE NO. 1:09-cv-00575 DLB PC |
| Plaintiff, | ORDER |
| vs. | (Docs. 6 and 7) |
| W.J. SULLIVAN, et al., | |
| Defendants. | |

Plaintiff Floyd Eugene Bender ("plaintiff") is a state prisoner proceeding pro se and in forma pauperis in a civil rights action pursuant to 42 U.S.C. § 1983. On June 23, 2009, Plaintiff filed a request for the Court to screen his complaint and to order service of process. (Doc. 6.) Plaintiff also filed a motion to withdraw his consent to Magistrate Judge jurisdiction. (Doc. 7.) Defendants have not yet appeared in this action.

Once a civil case is referred to a Magistrate Judge under 28 U.S.C. § 636(c), the reference can be withdrawn only "for good cause shown on its own motion, or under extraordinary circumstances shown by any party." Dixon v. Ylst, 990 F.2d 478, 480 (9th Cir. 1993). Plaintiff has not provided any basis for his motion and therefore has not demonstrated extraordinary circumstances warranting a withdrawal of the reference of this action to a Magistrate Judge. The motion is therefore denied.

With respect to Plaintiff's request that his complaint be screened and service of process ordered, Plaintiff is advised that this court is overburdened with cases, all of which are of equal importance, and almost half of the which are inmate civil rights suits. Although the Court recognizes that the instant action is of the utmost importance to Plaintiff, it is but one of many hundreds filed with this court and

is no more extraordinary or exceptional than any of the others. When a prisoner civil rights complaint is filed with this Court, the Court will screen the complaint in due course. Until the court has done so and has found that Plaintiff states cognizable claims against the defendant(s), a request for service of process by the United States Marshal is premature. Plaintiff's request that the Court screen his complaint and order service of process is therefore disregarded.

IT IS SO ORDERED.

Dated:   **June 26, 2009**              /s/ **Dennis L. Beck**
                                        UNITED STATES MAGISTRATE JUDGE