# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FLOYD EUGENE BENDER,<br><br>          Plaintiff,<br><br>    v.<br><br>CANNEDY, et al.,<br><br>          Defendants.<br>_____/ | CASE NO. 1:09-cv-00575-OWW-GBC PC<br><br>ORDER GRANTING DEFENDANTS' REQUEST TO FILE THE DECLARATION OF DR. PERLMUTTER UNDER SEAL<br><br>ORDER DIRECTING CLERK OF COURT TO FILE DOCUMENT UNDER SEAL |

On January 31, 2011, Defendants filed a request to file the declaration of Dr. Perlmutter under seal. The Court does not seal case documents or exhibits from public view without good cause. The Court has made an <u>in camera</u> review of the document to determine if the information is of a nature that clearly would require the court to maintain confidentiality. The Court finds that the document contains protected medical information. It is the practice of this Court to maintain case documents under seal for an undetermined time period, until they are ordered unsealed by the Court. Accordingly, the Court shall grant Defendants' request for an order to file documents under seal. The Clerk of Court shall be directed to file under seal the documents submitted by Defendants as Exhibit B to their motion to modify the scheduling order, until they are ordered unsealed by the Court. Defendants are not required to manually file another copy of Exhibit B with the Court. However, Defendants shall serve a copy of Exhibit B on the Plaintiff.

Based on the foregoing, IT IS HEREBY ORDERED that:

1. Defendants request to file the declaration of Dr. Perlmutter under seal, filed on January 31, 2011, is GRANTED;

2.  The Clerk of Court is DIRECTED to file under seal the case documents submitted by Defendants on January 31, 2011, as Exhibit B to Defendants' motion to modify the scheduling order, until they are ordered unsealed by the Court; and

3.  Defendants shall serve a copy of Exhibit B on Plaintiff.

IT IS SO ORDERED.

Dated:  February 2, 2011

UNITED STATES MAGISTRATE JUDGE