# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FLOYD EUGENE BENDER, | CASE NO. 1:09-cv-00575-OWW-GBC PC |
| Plaintiff, | ORDER GRANTING DEFENDANTS' MOTION TO MODIFY THE SCHEDULING ORDER |
| v. | |
| CANNEDY, et al., | (Doc. 31) |
| Defendants. | |

Plaintiff Floyd Eugene Bender, a state prisoner proceeding pro se and in forma pauperis, filed this civil rights action pursuant to 42 U.S.C. § 1983. On January 31, 2011, Defendants filed a motion to modify the scheduling order due to difficulty in obtaining the deposition of Plaintiff.[1]

Good cause having been presented to the Court and GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED that:

1. The February 28, 2011, deadline to file dispositive motions is vacated;
2. Defendants may depose Plaintiff via videoconference by February 28, 2011;
3. The deadline to file dispositive motions is rescheduled to March 31, 2011; and
4. All other established deadlines in this action shall remain unchanged.

IT IS SO ORDERED.

Dated: February 2, 2011

UNITED STATES MAGISTRATE JUDGE

---

[1] Under separate order the Court granted Defendants' request to file the declaration of Dr. Perlmutter under seal.

1