# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FLOYD EUGENE BENDER,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>W. J. SULLIVAN, et al.,<br><br>　　　　Defendants.<br>　　　　　　　　　　　　　　　　／ | CASE NO.   1:09-cv-00575-LJO-GBC (PC)<br><br>ORDER DENYING MOTION<br><br>(ECF No. 46) |

**ORDER**

Plaintiff Floyd Eugene Bender ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. Pending before the Court is Plaintiff's Motion to allow Plaintiff to proceed with lawsuit without paying rewarded sanctions until after proceedings are done. (ECF No. 46.) On May 23, 2011, the Court ordered sanctions against Plaintiff for his wilful failure to attend his deposition without substantial justification. (ECF No. 40.) The Court ordered that Plaintiff be sanctioned $302.50, the cost incurred to compensate the court reporter. (Id.)

Plaintiff makes no argument as to why the Court should postpone payment until the

end of the action.

The Court finds that delaying the execution of its Order requiring payment of costs for failure to comply with discovery would undermine the compensatory purpose of Federal Rule of Civil Procedure 37 and decrease its deterrence value.  Thus, the Court's May 23, 2011 Order directing Plaintiff to pay $302.50 for failure to appear at his deposition will not be stayed pending entry of final judgment.  The Court also notes that any failure to pay the sanction could result in terminating sanctions.

Accordingly, Plaintiff's Motion is DENIED.

IT IS SO ORDERED.

Dated:   October 10, 2011

UNITED STATES MAGISTRATE JUDGE